In re **Arthur R Blevins** , Case No. __10-76238__

Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **Cash** | H | 25.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Charter One** | H | 8.00 |
| | | **Charter One Checking** | J | 176.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **Family room - couch, coffee table, 2 end tables, rocking chair, TV** | J | 700.00 |
| | | **Living room - sofa, chair, 1 end table, 2 small coffee tables, floor lamps, 2 lamps** | J | 400.00 |
| | | **Dining room/litchen - table, 6 chairs, stove, refrig, pots, pans, etc.** | J | 500.00 |
| | | **Bedrooms - beds, dresser, chest of drawers, computer, sewing machine** | J | 450.00 |
| | | **Master bedroom - bed, dresser, chest of drawers, china cabinet** | J | 500.00 |
| | | **Office - computer, desk, chest, book cases** | J | 400.00 |
| | | **Basement - washer, dryer** | J | 150.00 |
| | | **Garage - riding lawn mower, garden tools, shop tools, yard tools** | J | 500.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Books, DVD's** | J | 250.00 |

Sub-Total >      **4,059.00**
(Total of this page)

__3__ continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                                                                   Best Case Bankruptcy

In re    **Arthur R Blevins**                              ,     Case No.    **10-76238**

Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 6.   Wearing apparel. | | **Clothes** | **H** | **100.00** |
| 7.   Furs and jewelry. | | **Rings** | **H** | **100.00** |
| 8.   Firearms and sports, photographic, and other hobby equipment. | | **Two hand guns** | **H** | **100.00** |
| 9.   Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.   Annuities. Itemize and name each issuer. | X | | | |
| 11.   Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.   Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Fixed benefit GM Hourly Pension Plan** | **H** | **Unknown** |
| 13.   Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14.   Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15.   Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16.   Accounts receivable. | X | | | |
| 17.   Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18.   Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

Sub-Total >     **300.00**
(Total of this page)

Sheet   **1**   of   **3**   continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

In re __Arthur R Blevins_____ ,    Case No. ___10-76238_____

Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Prorated possible 2010 tax refund** | **-** | **Unknown** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1990 Chevrolet Silverado pickup poor condition 220,000 miles** | **H** | **650.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | **Cat** | | **J** | **Unknown** |

Sub-Total &gt;    <b>650.00</b><br>(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com    Best Case Bankruptcy

In re   **Arthur R Blevins**                                       ,      Case No.   **10-76238**

Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | **0.00** |
| (Total of this page) | |
| Total > | **5,009.00** |

Sheet  **3**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com          Best Case Bankruptcy

In re **Arthur R Blevins** ,  Case No.  __10-76238__
Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:  ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)  $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)  *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| Location: 44900 Robson Rd., Belleville MI 48111 | Mich. Comp. Laws §§ 600.5451(1)(o), 600.6023a | 117,729.00 | 150,000.00 |
| **Household Goods and Furnishings** | | | |
| Family room - couch, coffee table, 2 end tables, rocking chair, TV | Mich. Comp. Laws § 600.5451(1)(c) | 700.00 | 700.00 |
| Living room - sofa, chair, 1 end table, 2 small coffee tables, floor lamps, 2 lamps | Mich. Comp. Laws § 600.5451(1)(c) | 400.00 | 400.00 |
| Dining room/litchen - table, 6 chairs, stove, refrig, pots, pans, etc. | Mich. Comp. Laws § 600.5451(1)(c) | 500.00 | 500.00 |
| Bedrooms - beds, dresser, chest of drawers, computer, sewing machine | Mich. Comp. Laws § 600.5451(1)(c) | 450.00 | 450.00 |
| Master bedroom - bed, dresser, chest of drawers, china cabinet | Mich. Comp. Laws § 600.5451(1)(c) | 500.00 | 500.00 |
| Office - computer, desk, chest, book cases | Mich. Comp. Laws § 600.5451(1)(c) | 400.00 | 400.00 |
| Basement - washer, dryer | Mich. Comp. Laws § 600.5451(1)(c) | 150.00 | 150.00 |
| Garage - riding lawn mower, garden tools, shop tools, yard tools | Mich. Comp. Laws § 600.5451(1)(c) | 350.00 | 500.00 |
| **Wearing Apparel** | | | |
| Clothes | Mich. Comp. Laws § 600.5451(1)(a)(iii) | 100.00 | 100.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| Fixed benefit GM Hourly Pension Plan | Mich. Comp. Laws § 600.5451(1)(m) | 100% | Unknown |
| **Other Contingent and Unliquidated Claims of Every Nature** | | | |
| Prorated possible 2010 tax refund | Mich. Comp. Laws § 600.5451(1)(b) | 0.00 | Unknown |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 1990 Chevrolet SIlverado pickup poor condition 220,000 miles | Mich. Comp. Laws § 600.5451(1)(g) | 650.00 | 650.00 |
| | Total: | 121,929.00 | 154,350.00 |

___0___  continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com  Best Case Bankruptcy

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Michigan

## COVER SHEET FOR AMENDMENTS

**CASE NAME:**  Arthur R Blevins

**CASE NUMBER:**  10-76238

The enclosed documents amend the petition, schedule, statement of financial affairs, statement of income and expenses, matrix or summary of assets and liabilities.

### The purpose of this amendment is to:

☐ Add creditors to schedule(s) _____. How many?___
(Use second page of this form to list creditors added).

    ☐ **$26.00 Amendment Fee.** This fee is required whenever you add creditors to a case, delete creditors, change the amount of a debt or change the classification of a debt. The fee is not required when correcting addresses of previously listed creditors. It is not required when new schedules are filed in a converted case.

☐ Correct the addresses of creditors already listed on the schedules and matrix previously filed. (Use second page of this form).

☒ Other: (Provide detail of Amendment)____**Amend Schedules B and C**____

☐ **Amend Schedules and list of creditors.** Schedules must be verified by the debtor(s).

☐ **Amend Matrix.** Please do not send a matrix adding creditors to a case unless you also send the amended schedules. Do not send a new matrix to correct an address. Use the second page of this form. Pursuant to L.B.R. 1007-2 & 1009-1 an amendment to a matrix filed by a debtor without an attorney must have a complete paper copy attached to this form. Electronic filers must upload creditors to the ECF system.

**NOTE:**  LBR 1009-1(b) requires the debtor to serve a copy of the amendment and the cover sheet for amendments on the trustee and all other entities affected by the amendment.

## CORRECTIONS AND ADDITIONS TO MAILING MATRIX

Use this section of the form to make corrections to the names and address of any creditors or parties in interest who are listed on the current matrix of the case.

**NAME OF CREDITOR** (As it now appears): _____

(Please print)

Previous address: _____ Please change to:

**NAME OF CREDITOR** (As it now appears): _____

(Please print)

Previous address: _____ Please change to:

**NAME OF CREDITOR** (As it now appears): _____

(Please print)

Previous address: _____ Please change to:

Use this section of the form to **IDENTIFY** creditors added to the schedules and matrix.

**NAME OF CREDITOR** (As it now appears): _____

(Please print)

Address: _____

**NAME OF CREDITOR** (As it now appears): _____

(Please print)

Address: _____

## FOR ADDITIONAL CHANGES COPY THIS SHEET AND CONTINUE

Signature: **/s/ John Robert Keyes**

**John Robert Keyes P68856**

Name of Attorney
**6553 Jackson Rd**
**Ann Arbor, MI 48103**
**734-663-0555**
**TTerry3272@aol.com**

I/We do hereby affirm under penalty of perjury that I/we have read the foregoing form, *Cover Sheet for Amendments*, and all pleadings and attachments thereto, and do hereby affirm that the information contained herein is true and accurate to the best of my knowledge, information and belief.

Signature: **/s/ Arthur R Blevins**

**Arthur R Blevins**

Name of Debtor

Signature: _____

Name of Joint Debtor, if applicable

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com

Best Case Bankruptcy