# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 10-76238 WSD  
**Case Name:** BLEVINS, ARTHUR R  

**Period Ending:** 03/08/11

**Trustee:** (420180) K. Jin Lim, Trustee  
**Filed (f) or Converted (c):** 12/01/10 (f)  
**§341(a) Meeting Date:** 01/06/11  
**Claims Bar Date:**

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | LOCATION: 44900 ROBSON | 150,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | CASH | 25.00 | 0.00 | DA | 0.00 | FA |
| 3 | CHARTER ONE | 8.00 | 0.00 | DA | 0.00 | FA |
| 4 | CHARTER ONE CHECKING | 176.00 | 0.00 | DA | 0.00 | FA |
| 5 | FAMILY ROOM - COUCH, COFFEE TABLE, 2 END TABLES, | 700.00 | 0.00 | DA | 0.00 | FA |
| 6 | LIVING ROOM - SOFA, CHAIR, 1 END TABLE, 2 SMALL | 400.00 | 0.00 | DA | 0.00 | FA |
| 7 | DINING ROOM/LITCHEN - TABLE, 6 CHAIRS, STOVE, RE | 500.00 | 0.00 | DA | 0.00 | FA |
| 8 | BEDROOMS - BEDS, DRESSER, CHEST OF DRAWERS, COMP | 450.00 | 0.00 | DA | 0.00 | FA |
| 9 | MASTER BEDROOM - BED, DRESSER, CHEST OF DRAWERS, | 500.00 | 0.00 | DA | 0.00 | FA |
| 10 | OFFICE - COMPUTER, DESK, CHEST, BOOK CASES | 400.00 | 0.00 | DA | 0.00 | FA |
| 11 | BASEMENT - WASHER, DRYER | 150.00 | 0.00 | DA | 0.00 | FA |
| 12 | GARAGE - RIDING LAWN MOWER, GARDEN TOOLS, SHOP T | 500.00 | 0.00 | DA | 0.00 | FA |
| 13 | BOOKS, DVD'S | 250.00 | 0.00 | DA | 0.00 | FA |
| 14 | CLOTHES | 100.00 | 0.00 | DA | 0.00 | FA |
| 15 | RINGS | 100.00 | 0.00 | DA | 0.00 | FA |
| 16 | TWO HAND GUNS | 100.00 | 0.00 | DA | 0.00 | FA |
| 17 | FIXED BENEFIT GM HOURLY PENSION PLAN | Unknown | 0.00 | DA | 0.00 | FA |
| 18 | PRORATED POSSIBLE 2010 TAX REFUND | Unknown | 0.00 | | 0.00 | 0.00 |
| 19 | 1990 CHEVROLET SILVERADO PICKUP POOR CONDITION 2 | 650.00 | 0.00 | DA | 0.00 | FA |
| 20 | CAT | Unknown | 0.00 | DA | 0.00 | FA |
| 20 | Assets    Totals (Excluding unknown values) | **$155,009.00** | **$0.00** | | **$0.00** | **$0.00** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | | |
|---|---|---|
| **Case Number:** 10-76238 WSD | **Trustee:** (420180) K. Jin Lim, Trustee | |
| **Case Name:** BLEVINS, ARTHUR R | **Filed (f) or Converted (c):** 12/01/10 (f) | |
| | **§341(a) Meeting Date:** 01/06/11 | |
| **Period Ending:** 03/08/11 | **Claims Bar Date:** | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Major Activities Affecting Case Closing:**

    investigate debtor's financial affairs. kjl

**Initial Projected Date Of Final Report (TFR):** December 30, 2011       **Current Projected Date Of Final Report (TFR):** December 30, 2011

| | |
|---|---|
|     March 8, 2011 | /s/ K. Jin Lim, Trustee |
| _____ | _____ |
| Date | K. Jin Lim, Trustee |